Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
William Tessar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM J. TESSAR,  PLAINTIFF, V. VERUS LAW GROUP,  DEFENDANT. | Case No: 2:14-CV-05090-PJW  NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE  HON. PATRICK J. WALSH |
|---|---|

Plaintiff WILLIAM J. TESSAR hereby moves this Court to dismiss the above entitled action with prejudice.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice. This Court retains jurisdiction to enforce the settlement of this action.

Dated: August 18, 2014

**HYDE & SWIGART**

By: s/Crosby S. Connolly
Crosby S. Connolly
Attorney for Plaintiff